FILED
SEP 03 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **4:20CR00471 RWS/SRW** |
| JOSHUA BROWN, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with Coercion and Enticement of a Minor and Penalties for Registered Sex Offenders, in violation of Title 18, United States Code, Sections 2242(b) and 2260A.

2. Pursuant to Title 18, United States Code, Section 3142(g),

   (a) the weight of the evidence against defendant;

   (b) defendant's history and characteristics; and

   (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial;

WHEREFORE, the Government respectfully requests that the Court order the Defendant to be detained pending trial.

                                        Respectfully submitted,

                                        JEFFREY B. JENSEN
                                        United States Attorney

                                        */s/ Jillian S. Anderson*
                                        JILLIAN S. ANDERSON, #53918(MO)
                                        Assistant United States Attorney
                                        111 South 10th Street, Rm. 20.333
                                        St. Louis, Missouri 63102
                                        314-539-2200
                                        jillian.anderson@usdoj.gov